# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA *ex rel.* ALVIN GALUTEN, | )<br>)<br>) |
| Relator/Plaintiff, | ) ) |
| v. | ) Civil No. 2:11-cv-04140-FJG ) |
| UNIVERSITY OF MISSOURI-COLUMBIA, *et al.*, | )<br>)<br>) |
| Defendants. | ) |

## NOTICE OF FILING RESPONSE TO MARCH 11, 2016 ORDER

Pursuant to the Court's March 11, 2016 Order (Doc. #41), Defendant Michael Richards, M.D. submits his response to the Court's March 11, 2016 Order for *in camera* review.

Respectfully submitted,

**GRAVES GARRETT LLC**

By: */s/ Kathleen A. Fisher*
Nathan F. Garrett, Mo. Bar 46500
Kathleen A. Fisher, Mo. Bar 57737
1100 Main Street, Suite 2700
Kansas City, MO 64105
Phone: (816) 256-3181
Fax: (816) 256-5958
ngarrett@gravesgarrett.com
kfisher@gravesgarrett.com

*Attorneys for Defendant Dr. Michael Richards*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the above and foregoing instrument to which this certificate is attached was filed by ECF which sent notification of such filing to each attorney of record on March 22, 2016.

                                          */s/ Kathleen A. Fisher*
                                          Attorney for Defendant Michael Richards