# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

May 19, 2017

Mr. Finley D. Gibbs
ROTTS & GIBBS
1001 E. Walnut Street
P.O. Box 7385
Columbia, MO 65201

RE: 17-1930 Alvin Galuten v. University of MO-Columbia, et al

Dear Counsel:

Enclosed is a copy of the dispositive order entered today in the referenced case.

Please review Federal Rules of Appellate Procedure and the Eighth Circuit Rules on post-submission procedure to ensure that any contemplated filing is timely and in compliance with the rules. Note particularly that petitions for rehearing <u>must</u> be received by the clerk's office within the time set by FRAP 40 in cases where the United States or an officer or agency thereof is a party (within 45 days of entry of judgment). Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. Pro se petitions for rehearing are not afforded a grace period for mailing and are subject to being denied if not timely received.

Michael E. Gans
Clerk of Court

MER

Enclosure(s)

cc: Mr. Paul R. Maguffee
    Mr. Daniel R. Miller
    Ms. Carol Ann Poindexter
    Ms. Lucinda Sword Woolery
    Ms. Paige Wymore-Wynn

District Court/Agency Case Number(s): 2:11-cv-04140-FJG

# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 17-1930
_____

United States of America, ex rel

Plaintiff - Appellee

Alvin Galuten

Relator - Appellant

v.

University of Missouri-Columbia; University of Missouri-Columbia School of Medicine; University of Missouri-Columbia School of Medicine Department of Radiology; Missouri Radiology Imaging Center

Defendants - Appellees

Dr. Kenneth L. Rall; Dr. Michael Richards; Dr. Megha Garg; Hans Juengermann; Humera Ahsan; Dr. Amir Fallahian; Dr. Gauray Kumar; John 1-10 Does

Defendants

_____

Appeal from U.S. District Court for the Western District of Missouri - Jefferson City
(2:11-cv-04140-FJG)
_____

**JUDGMENT**

Before COLLOTON, ARNOLD and GRUENDER, Circuit Judges.

The court has carefully reviewed the original file of the United States District Court and orders that this appeal be dismissed for lack of jurisdiction.

May 19, 2017

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans