## IN THE UNITED STATES DISTRICT COURT FOR
## THE WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br>*ex rel.* ALVIN GALUTEN,<br><br>        Relator/Plaintiff,<br><br>v.<br><br>UNIVERSITY OF<br>MISSOURI-COLUMBIA, *et al.*,<br><br>        Defendants. | Civil No. 2:11-cv-04140-FJG |

## **ADDENDUM TO RELATOR'S STATUS REPORT**

This is an Addendum to Relator's status report pursuant to the Court's order of September 19, 2017. *See* ECF No. 73.

Relator apologizes for having not included all the information the Court requested in the parties' status report to the Court. Specifically, the Court requested Relator's position with regard to the declined claims herein. Relator does not intend to pursue any of the non-intervened claims.

Dated: September 28, 2017

Respectfully submitted,

*Daniel Miller*
Counsel for Relator Alvin Galuten

*Finley D. Gibbs*
Rotts & Gibbs, LLC
1001 E. Walnut Street
P.O. Box 7385
Columbia, MO 65205
(573) 443-3463
(573) 443-7099 (fax)
Email: finleyg@rottsgibbs.com
Local Counsel for Relator

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of September 2017, a true and correct copy of the foregoing document was served upon each attorney of record via email.

> */s/ Finley Gibbs*
> Finley Gibbs